**Electronically Filed
Supreme Court
SCPW-24-0000341
08-JUL-2024
09:24 AM
Dkt. 14 ODDP**

SCPW-24-0000341

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

LEONARDO CHAVEZ, Petitioner,

vs.

THE HONORABLE PAUL B.K. WONG,
Judge of the Circuit Court of the First Circuit,
State of Hawai'i, Respondent Judge.

_____

ORIGINAL PROCEEDING
(CASE NO. 1PC141000360)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus filed on April 30, 2024, and the record, Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternative means to seek relief. An extraordinary writ is unwarranted. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED: Honolulu, Hawai'i, July 8, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

